### *Richard Furman* v. *Benjamin F. Haskin.*

HARISON, after judgment for the defendant on the demurrer, asked leave of the court, to withdraw the demurrer and take issue on the fact.

KENT, C. J. Take it ; for it is allowable in all cases where the demurrer is not frivolous, if applied for in the same term.

### *Noah Pomroy* v. *John Preston.*

IN error on a bill of exceptions from the common pleas.   The plaintiff had not assigned errors, and after the return of a *sci. fa. quare executionem non,* moved for leave to take out a writ, ordering the judges of the court below, to come in and confess or deny their seal, and that in the mean time, all proceedings by the defendant should be stayed.   *Ordered* accordingly, and that the judges appear, at the city-hall of the city of *New-York,* on the first day of next term.